IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK FOSTER OUTTEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ. No. 98-785-SLR |
| | ) |
| ROBERT E. SNYDER and M. JANE BRADY, | ) |
| | ) |
| Respondents. | ) |

**O R D E R**

At Wilmington this 8th day of March, 2005, having reviewed the remand from the United States Court of Appeals for the Third Circuit and the papers associated with such;

IT IS ORDERED that:

1. On or before **March 22, 2005**, petitioner shall identify the issues for appeal pursuant to 28 U.S.C. § 2253(c).

2. On or before **April 5, 2005**, respondents shall identify the issues for appeal pursuant to 28 U.S.C. § 2253(c). If respondents contend that there are no issues that satisfy § 2253(c), respondents shall specifically: (a) affirm for the record that it proposes that no substantive appeal should be allowed in this case, where the State proposes to take petitioner's life absent judicial intervention; and (b) explain for the record its reasoning for such a proposition, taking into account the liberal language of Fed. R. App. P. 22 and identifying any case law where the right of appeal has been

denied in a death penalty case on this basis.

3. On or before **April 12, 2005**, petitioner may file a reply.

						_____
						United States District Judge