OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4924 |

www.ca3.uscourts.gov

October 20, 2006

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street Lockbox 18
Wilmington, DE  19801

**RE: Docket No. 04-9003**
**Outten  vs. Kearney**
**D.C. No. 98-cv-00785**

Dear Mr. Dalleo:

    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    (X) The record and the first supplemental record will not be returned at this tume until the Appeal at No. 04-9004 is closed.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
MARCIA M. WALDRON
Clerk

By:  /s/  Nicole M. Bruno
     Nicole M. Bruno
     Case Manager

Enclosure

cc:
    John P. Deckers, Esq.
    (Ricardo Palacio, Esq.
     Andrew D. Cordo, Esq.
    Thomas E. Brown, Esq.