UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
January 4, 2007

No. <u>04-9003</u>

JACK FOSTER OUTTEN, Appellant
v.
RICK KEARNEY, et al.
(D. Del. No. 98-cv-00785)

Present:    RENDELL, AMBRO and FUENTES, <u>Circuit Judges</u>

Unopposed Motion by Appellant to Enlarge Time for New Penalty Hearing which the Court may wish to construe as Motion to Recall Mandate and to Amend Opinion to Allow Penalty Hearing to Commence on or before October 23, 2007.

/s/ Nicole M. Bruno
Case Manager  267-299-4924

**Opinion and judgment issued September 28, 2006.**
**Mandate issued on October 20, 2006.**

**O R D E R**

The foregoing motion is granted. The Clerk is directed to recall the Mandate, issue an amended Judgment specifying that a resentencing hearing shall occur on or before November 1, 2007, and that an amended Mandate be issued in connection therewith.

By the Court:

/s/ Thomas L. Ambro, Circuit Judge

Dated: January 24, 2007
nmb/cc:    John P. Deckers, Esq.        Thomas E. Brown, Esq.
           Ricardo Palacion, Esq.