OFFICE OF THE CLERK

**MARCIA M. WALDRON**            **UNITED STATES COURT OF APPEALS**           TELEPHONE
CLERK           FOR THE THIRD CIRCUIT           215-597-2995
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Delaware District Clerk           Date  10/12/07

In Re: Outten v. Kearney           C. of A. No.04-9003
  (Caption)

D.C. No. 98-cv-00785
Enclosures:

    **10/12/07**     Certified copy of Order by the **Court**
    (Date)

_____ Released

    X     Copy of this form to acknowledge receipt and return to C. of A.

_____ Record not released at this time until appeal(s) closed at No.(s)_____

_____ Please forward Certified List in lieu of Record to this office.

 X    The certified copy of Judgement issued as the amended mandate on January 24, 2007 is recalled.

          Chiquita Dyer       (267)-299- 4919
          Case Manager       Telephone Number

Receipt Acknowledge:

_____
 (Name)

_____
 (Date)

          Rev. 4/3/03
          Appeals (Certified List in Lieu of Record)