IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JACK FOSTER OUTTEN, )
)
Petitioner, )
)
v. ) Civ. No. 98-785-SLR
)
RICHARD KEARNEY, et al., )
)
Respondent. )

## ORDER

At Wilmington this 15th day of October, pursuant to the mandate issued by United States Court of Appeals for the Third Circuit on October 12, 2007,

IT IS ORDERED that:

1. Petitioner's writ of habeas corpus is granted with respect to petitioner's death sentence conditioned on the State of Delaware's grant of a new sentencing hearing.

2. The State of Delaware shall conduct a new sentencing hearing before **June 2, 2008.**

_____
United States District Judge