IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACK FOSTER OUTTEN, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| | ) Civ. Act. No. 98-785-SLR |
| | ) |
| RICHARD KEARNEY, et al., | ) |
| | ) |
| Respondents. | ) |

ORDER

WHEREAS, the Respondents have submitted a Motion to Enlarge Time for Penalty Hearing;

WHEREAS, the Petitioner has consented to such enlargement of time; and

WHEREAS, there is good cause shown for the granting of such motion;

IT IS HEREBY ORDERED this _22nd_ day of _April_, 2008 that the time for the penalty hearing to be held in the instant matter case is enlarged;

IT IS FURTHER ORDERED that this Court shall withhold the setting of a new deadline for the conduct of a new penalty hearing until the issuance of a mandate by the Delaware Supreme Court in appeal No. 142, 2008, and any consolidated appeals.

By the Court:

_Sue L. Robinson_
Sue L. Robinson
United States District Judge